WISHNEFSKY, B.

v.

SOMERSET HOSPITAL

**1750 WDA 2016**

Superior Court of Pennsylvania.

08/09/2017

Reargument Denied 10/18/2017

565 Civil 2011
(Somerset)

Affirmed

COM.

v.

MAYS, W.

**3225 EDA 2014**

Superior Court of Pennsylvania.

08/10/2017

CP–51–CR–0004938–2012
(Philadelphia)

Affirmed

COM.

v.

LACKEY, C.

**1047 EDA 2016**

Superior Court of Pennsylvania.

08/10/2017

CP–51–CR–0000262–2015 (Philadelphia)

Vacated/Remanded

COM.

v.

EDWARDS, J.

**1808 MDA 2016**

Superior Court of Pennsylvania.

8/10/2017

CP–40–CR–0003591–2011
(Luzerne)

Affirmed—Application to Withdraw as Counsel Granted